1  TIANA S. BAHERI (State Bar No. 318556)
   Tia.Baheri@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
3  Fiftieth Floor
   Los Angeles, California 90071-3426
4  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
5
   Attorneys for Motion Picture Association, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11
   In Re 17 U.S.C. §512(h) Subpoena to    | Case Number:  2:23-mc-00027
12
13 TONIC DOMAINS CORPORATION    | **REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE THAT the Motion Picture Association, Inc.

3  through undersigned counsel and its authorized representatives, hereby requests that

4  the Clerk of this Court, pursuant to the Digital Millennium Copyright Act

5  ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Tonic

6  Domains Corporation, Inc. to identify alleged infringers, as set forth in the attached

7  notice and declaration of Jan van Voorn.

8

9  DATED:  February 22, 2023          MUNGER, TOLLES & OLSON LLP

10

11                                   By:_____/s/ Tiana S. Baheri_____

12                                          TIANA S. BAHERI

13                                   Attorney for Motion Picture Association,
                                     Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-